ELIZABETH FARRELL, OSB No. 01110
Attorney at Law
E-mail address: Farrelllaw@hotmail.com
P.O. Box 3614
Hillsboro, OR 97123
Telephone: (503) 277-2087
Facsimile: (503) 357-4181

BENJAMIN ROSENTHAL, OSB No. 83082
Attorney at Law
E-mail address: Benrose@europa.com
1023 SW Yamhill
Portland, OR 97205
Telephone: (503) 226-6409
Facsimile: (503) 226-0903

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MYRNA DENNY, | No. 06-CV-454-MO |
| Plaintiff, | STIPULATION FOR |
| v. | VOLUNTARY DISMISSAL |
| FRED MEYER JEWELERS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Myrna Denny and Defendant Fred Meyer Jewelers, Inc., through its counsel, hereby stipulate and agree that

//

//

Page - 1 - STIPULATION FOR VOLUNTARY DISMISSAL

ELIZABETH FARRELL
P.O. Box 3614
Hillsboro, OR 97123
(503) 277-2087

BENJAMIN ROSENTHAL
1023 SW Yamhill
Portland, OR 97205
(503) 226-6409

Plaintiff's complaint and all claims therein shall be dismissed with prejudice and without costs or attorney fees being awarded to any party.

Dated this 8th day of February, 2007   By _____
Elizabeth Farrell OSB #01110
Attorney for Plaintiff
(503) 277-2087

Dated this 12th day of February, 2007   By _____
Alan M. Lee OSB #68094
Of Attorneys for Defendant
(503) 248-1148

Page - 2 - STIPULATION FOR VOLUNTARY DISMISSAL

ELIZABETH FARRELL
P.O. Box 3614
Hillsboro, OR 97123
(503) 277-2087

BENJAMIN ROSENTHAL
1023 SW Yamhill
Portland, OR 97205
(503) 226-6409